IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

FILED
JUN 20 2014
Phil Lombardi, Clerk
U.S. DISTRICT COURT

| | |
|---|---|
| EASTERN SHAWNEE TRIBE OF OKLAHOMA, | ) |
| Plaintiff, | ) |
| V. | ) Case No. 11-CV-00675-CVE.-TLW |
| Jon D. COUTHITT, Magistrate Judge Of the Court of Indian Offenses, Miami, Oklahoma, in his Official Capacity; and The COURT OF INDIAN OFFENSES FOR THE EASTERN SHAWNEE TRIBE OF OKLAHOMA | ) |
| Defendants, | ) |

## TRIBAL ELDERS' MOTION TO INTERVENE

We, Larry DuShane, Robert BlueJACKET, R.C. Kissee, Jackie Brewer, perry Hauser, Marilee Squirrel, Preston Ross, Gary Wayne Ross and Captain Ross are Elders in the Eastern Shawnee Tribe of the State of Oklahoma. The Tribe appealed a decision by CFR Court Judge Jon Douthitt issued on the, 28th day of April, 2011, we understand both our Tribal attorneys and the Federal Government attorneys agreed to and submitted briefs to this Court. The parties are awaiting a decision by this Court. The briefs were filed on the 8th day of February, 2013.

We have been informed that our Business Committee in Executive Sessions has voted to dismiss this lawsuit despite major issues that are important to our Tribe which need to be, and must be resolved by this Court.

We strongly agree with the legal issues argued by our Tribal attorneys and are at a loss why the Business Committee would dismiss this lawsuit, giving no reason for their action.

Because of the important and serious issues affecting our Tribe and its members, we ask the Court to hear this matter and render its decision.

We ask this Court to rule on the important issues which were submitted to you for your decision on the 8th day of February, 2012.

Laurence DuShane #344 - 918-625-6183   1626 Dolar Drive Grove, OK, 74344
Marilee Squirrel #72
R.C. Kissee #599
Gay W. Ross SR. #906
Captain Ross Sr 894
Preston Ross 923
Perry Hauser jr 477
Jacqueline Brewer 130

Respectfully submitted,

Robert D. Bluejacket
EASTERN SHAWNEE TRIBE OF OKLAHOMA

STATE OF OKLAHOMA
COUNTY OF TULSA

Subscribed and sworn before me this 20th day of June, 2014 by Robert Bluejacket

Cynthia Gonzalez
NOTARY PUBLIC

Notary Public
State of Oklahoma
CYNTHIA GONZALEZ
COMMISSION #12004777
Comm. Exp. 05-04-2016

CERTIFICATE OF SERVICE

I certify that on the 16th day of June, 2014, I mailed the foregoing pleading to the following ECF Registrants:

Danny C. Williams, Sr., United States Attorney
Cheryl L. Baber, Assistant United State Attorney
*Attorneys for the Defendant, Judge Jon D. Douthitt*

John G. Ghostbear, OBA # 3335
8210 E Regal Court, Suite 100
Tulsa, OK 74133

Kirke Kickingbird, Esq.
James M. Burson, Esq.
HOBBS, STRAUS, DEAN & WALKER, LLP
101 Park Avenue – Ste 700
Oklahoma City, OK 73102

*Attorneys for the Elders of the Eastern Shawnee Tribe of Oklahoma*

| Name | ID | Phone | Address |
|---|---|---|---|
| Larry Dushane | #344 | 918 6256183 | 1626 Dilar Drive Grove, OK 74344 |
| Marikka Squirrel | #72 | 918 666 5652 | PO Box 366 Seneca, Mo. 64865 |
| R.C. Kissee | #599 | 918 5404812 | 67850 E leo Rd Wyandotte, OK 74370 |
| Gary W. Ross | #906 | 918 6750746 | 221 S. River Commerce, OK 74339 |
| Captain Ross Sr. | #894 | 918 675 4354 | PO Box 131 Commerce, OK 74339 |
| Preston Ross | #923 | 918 675 4162 | PO Box 13 Commerce, OK 74339 |
| Perry Hauser | #477 | 918 5335277 | 62107 E. 145 Rd Fairland, OK 74343 |
| Jacquiline Brewer | #730 | 918 5426083 | 1009 D Street NE Miami, OK 74354 |

June 20, 2014

I, Robert D. BlueJacket, attest that the signatures in this document-petition are the true and accurate signatures of the signatories here-in.

Robert D. BlueJacket
Tribal Elder #111

Robert D. BlueJacket #111
918-770-1916

119 S. Quanah
Tulsa 74127
OKLA

STATE OF OKLAHOMA
COUNTY OF TULSA

Subscribed and sworn before me this 20th day of June 20 14 by Robert BlueJacket

Cynthia Gonzalez
NOTARY PUBLIC



Notary Public
State of Oklahoma
CYNTHIA GONZALEZ
COMMISSION #12004777
Comm. Exp. 05-04-2016