# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| EASTERN SHAWNEE TRIBE OF OKLAHOMA, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| JON D. DOUTHITT, Magistrate Judge of the Court of Indian Offenses, Miami, Oklahoma, in his Official Capacity; and the COURT OF INDIAN OFFENSES FOR THE EASTERN SHAWNEE TRIBE OF OKLAHOMA, | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

Case No. 11-CV-675-JED-TLW

## **APPEARANCE**

To the Clerk of this court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case for: Plaintiff Eastern Shawnee Tribe of Oklahoma.

DATED September 22, 2014

Respectfully submitted,

s/Susan E. Huntsman
Susan E. Huntsman, OBA #18401

CROWE & DUNLEVY
A Professional Corporation
500 Kennedy Building
321 South Boston Avenue
Tulsa, OK 74103-3313
(918) 592-9800
(918) 592-9801 (Facsimile)
susan.huntsman@crowedunlevy.com

ATTORNEYS FOR PLAINTIFF

CERTIFICATE OF SERVICE

☒ I hereby certify that on this 22nd day of September, 2014, I electronically transmitted the attached document to the Court Clerk using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

Chery L. Baber
cheryl.baber@usdoj.gov,
carrie.s.mcwilliams@usdoj.gov,
connie.sullivent@usdoj.gov

James Melvin Burson
jburson@hobbsstraus.com

Williams Ralph Norman, Jr.
wnorman@hobbsstraus.com

☒ I hereby certify that on this 22nd day of September, 2014, I served the same document by:

| ☒ U.S. Postal Service | ☐ Courier Service | ☐ In Person Delivery | ☐ Email |
|---|---|---|---|

on the following, who are not registered participants of the ECF system:

Charles R. Babst, Jr.
U.S. Department of the Interior (Tulsa)
7906 E. 33rd St., Ste. 1000
Tulsa, OK 74145-1308

Robert D. Bluejacket
119 S. Quanah
Tulsa, OK 74127

Jacqueline Brewer
1009 D St. NE
Miami, OK 74354

Larry DuShane
1626 Dillar Dr.
Grove, OK 74344

Perry Hauser
62107 E. 145th Rd.
Fairland, OK 74343

R.C. Kissee
67850 E. 100 Rd.
Wyandotte, OK 74370

Captain Ross, Sr.
P.O. Box 131
Commerce, OK 74339

Gary W. Ross
221 S. River
Commerce, OK 74339

Preston Ross
P.O. Box 13
Commerce, OK 74339

Marilee Squirrel
P.O. Box 366
Seneca, MO 64865

s/Susan E. Huntsman
Susan E. Huntsman

2