# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| EASTERN SHAWNEE TRIBE OF OKLAHOMA, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) )   Case No. 11-CV-00675-JED-TLW ) |
| JON D. DOUTHITT, Magistrate Judge of the Court of Indian Offenses, Miami, Oklahoma, in his Official Capacity; and the COURT OF INDIAN OFFENSES FOR THE EASTERN SHAWNEE TRIBE OF OKLAHOMA, | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

The Plaintiff, the Eastern Shawnee Tribe of Oklahoma, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulates to a dismissal with prejudice of all claims against Defendants Jon D. Douthitt, Magistrate Judge of the Court of Indian Offenses, Miami, Oklahoma, in his Official Capacity, and the Court of Indian Offenses for the Eastern Shawnee Tribe of Oklahoma, with all parties to retain their own attorney fees and costs.

Dated this 22nd day of September, 2014.

| Attorneys for Plaintiff: | Attorney for Defendants: |
|---|---|
| /s/ Susan E. Huntsman | /s/ Cheryl L. Baber |
| SUSAN E. HUNTSMAN, OBA # 18401 | *(signed with permission by Susan E. Huntsman)* |
| Crowe & Dunlevy, P.C. | |
| 500 Kennedy Building | CHERYL L. BABER, OBA # 15745 |

| | |
|---|---|
| 321 South Boston Avenue | Assistant United States Attorney |
| Tulsa, OK 74103-3313 | U.S. Attorney's Office, NDOK |
| Telephone (918) 592-9800 | 110 West Seventh Street, Suite 300 |
| susan.huntsman@crowedunlevy.com | Tulsa, OK 74119-1013 |
| | Telephone (918) 382-2700 |
| | Cheryl.Baber@usdoj.gov |

CERTIFICATE OF SERVICE

☒ I hereby certify that on this 22nd day of September, 2014, I electronically transmitted the attached document to the Court Clerk using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

Williams Ralph Norman, Jr.  James Melvin Burson
wnorman@hobbsstraus.com  jburson@hobbsstraus.com

☒ I hereby certify that on this 22nd day of September, 2014, I served the same document by:

| ☒ U.S. Postal Service | ☐ Courier Service | ☐ In Person Delivery | ☐ Email |
|---|---|---|---|

on the following, who are not registered participants of the ECF system:

Charles R. Babst, Jr.
U.S. Department of the Interior (Tulsa)
7906 E. 33rd St., Ste. 1000
Tulsa, OK 74145-1308

Robert D. Bluejacket
119 S. Quanah
Tulsa, OK 74127

Jacqueline Brewer
1009 D St. NE
Miami, OK 74354

Larry DuShane
1626 Dillar Dr.
Grove, OK 74344

Perry Hauser
62107 E. 145th Rd.
Fairland, OK 74343

R.C. Kissee
67850 E. 100 Rd.
Wyandotte, OK 74370

Captain Ross, Sr.
P.O. Box 131
Commerce, OK 74339

Gary W. Ross
221 S. River
Commerce, OK 74339

Preston Ross  
P.O. Box 13  
Commerce, OK 74339  

Marilee Squirrel  
P.O. Box 366  
Seneca, MO 64865  

s/Susan E. Huntsman  
Susan E. Huntsman